AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Christopher Silva<br>*Plaintiff*<br>v.<br>Voya Services Company Employee Welfare Benefits Plan<br>*Defendant* | )<br>)<br>)   Civil Action No.   6:19-cv-00318-DCC<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:


■ other:   judgment is hereby granted in favor of the defendant Voya Services Company Employee Welfare Benefits Plan.


This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins. Jr.


Date:   May 19, 2020                                    *CLERK OF COURT*


                                                          s/Angela Lewis, Deputy Clerk
                                                          *Signature of Clerk or Deputy Clerk*